# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM JOE SULLIVAN, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00972-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 12] |

    Plaintiff Steven Deon Turner, Jr., is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 13, 2018, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. <u>Duke Energy Trading & Mktg., L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. <u>Id.</u>

    Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on September 13, 2018.

IT IS SO ORDERED.

Dated: **September 17, 2018**

                                                                               UNITED STATES MAGISTRATE JUDGE